IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERALD ALEXANDER,

     Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4400

_____/

Opinion filed June 1, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Gerald Alexander, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.